BEFORE THE FIRST DIVISION, APRIL 4, 1963

**No. 67574.**—Raymor Mfg. Div., Inc. *v.* United States, protests 61/21350, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the

merchandise consists of wall-hung furniture similar in all material respects to that the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.